IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>CHARLES LOUIS FOURMONT<br>Defendant | CRIMINAL 11-0510CCC |

**ORDER**

      Having considered the Report and Recommendation filed on July 31, 2012 (**docket entry 35**) on a Rule 11 proceeding of defendant Charles Louis Fourmont held before U.S. Magistrate Judge Bruce J. McGiverin on July 20, 2012, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

      This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 20, 2012.  The **sentencing hearing is set for October 18, 2012 at 4:30 PM**.

      SO ORDERED.

      At San Juan, Puerto Rico, on August 17, 2012.

                                            S/CARMEN CONSUELO CEREZO
                                            United States District Judge